**Richard BANNERMAN; Tricia Bannerman; Jesse Bryan; Pamela Bryan; Shawn Foster; Melissa Foster; William Gardner; Shellie Gardner,** Plaintiffs–Appellants,

v.

**MOUNTAIN STATE PAWN, INCORPORATED, d/b/a Famous Pawnbrokers/Jewelry & Loan, a West Virginia corporation,** Defendant–Appellee.

No. 10–2397.

United States Court of Appeals, Fourth Circuit.

Submitted: June 10, 2011.

Decided: June 27, 2011.

Paul G. Taylor, Law Offices of Paul G. Taylor, PLLC, Martinsburg, West Virginia, for Appellants. Michael D. Lorensen, Jared M. Adams, Bowles, Rice, McDavid, Graff & Love PLLC, Martinsburg, West Virginia, for Appellee.

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Richard and Tricia Bannerman, Jesse and Pamela Bryan, Shawn and Melissa Foster, and William and Shellie Gardner, husbands and wives, sued Mountain State Pawn, Inc., d/b/a Famous Pawnbrokers/Jewelry & Loan ("Mountain State"), for injuries the men sustained during a shooting that occurred at the Quality Inn and Conference Center in Jefferson County, West Virginia. The shooter, a convicted felon, had purchased the pistol at issue from Mountain State, and Appellants alleged that the illegal sale of a firearm to a convicted felon proximately caused their injuries.

As noted by the district court, Appellants' action was barred by the statute of limitations. Moreover, neither the Gun Control Act, under 18 U.S.C. § 922(d)(1) (2006), nor the Protection of Lawful Commerce in Arms Act ("PLCAA"), 15 U.S.C. §§ 7901 (2006) *et. seq.,* provided Appellants with a civil cause of action. Accordingly, we affirm for the reasons as stated by the district court in its thorough opinion on the matter. *Bannerman v. Mountain State Pawn, Inc.,* No. 3:10–cv–00046–JPB (N.D.W.Va. Nov. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*